&lt;HELP&gt; for explanation.                                          P060 Equity **HP**

## Comp/CLOSE/PRICE

BIOPURE CORP                  (BPUR    US)        PRICE 1.79        Q    $    DELAYED

Page 1 / 2

Range 12/26/03 to 3/ 1/04    Period D Daily      HI  2.61        ON 12/30/03
                              USD   Market U Trade  AVE 2.0295      VL 1104555
                                                   LOW 1.36        ON 2/24/04

| | DATE | PRICE | VOLUME | | DATE | PRICE | VOLUME | | DATE | PRICE | VOLUME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| F | | | | F | 2/13 | 2.12 | 1085488 | F | 1/23 | 2.09 | 543610 |
| T | | | | T | 2/12 | 2.06 | 1017778 | T | 1/22 | 2.06 | 738922 |
| W | | | | W | 2/11 | 1.93 | 441975 | W | 1/21 | 2.22 | 578078 |
| T | | | | T | 2/10 | 1.87 | 510192 | T | 1/20 | 2.23 | 1657382 |
| M | 3/ 1 | 1.79 | 406200 | M | 2/ 9 | 1.86 | 322993 | M | 1/19 | | |
| | | | | | | | | | | | |
| F | 2/27 | 1.78 | 1205734 | F | 2/ 6 | 1.93 | 347555 | F | 1/16 | 2.02 | 825830 |
| T | 2/26 | 1.59 | 1088220 | T | 2/ 5 | 1.88 | 225317 | T | 1/15 | 1.99 | 1374840 |
| W | 2/25 | 1.42 | 1299687 | W | 2/ 4 | 1.86 | 470128 | W | 1/14 | 1.88 | 973847 |
| T | 2/24 | L1.36 | 3513561 | T | 2/ 3 | 1.93 | 411181 | T | 1/13 | 1.91 | 2670596 |
| M | 2/23 | 1.62 | 1060401 | M | 2/ 2 | 1.85 | 485001 | M | 1/12 | 2.06 | 1777921 |
| | | | | | | | | | | | |
| F | 2/20 | 1.78 | 1578405 | F | 1/30 | 1.86 | 1465165 | F | 1/ 9 | 2.23 | 800781 |
| T | 2/19 | 1.95 | 491905 | T | 1/29 | 2.03 | 468694 | T | 1/ 8 | 2.26 | 2082591 |
| W | 2/18 | 1.96 | 464825 | W | 1/28 | 2.06 | 497823 | W | 1/ 7 | 2.38 | 533320 |
| T | 2/17 | 2.05 | 431694 | T | 1/27 | 2.129 | 331904 | T | 1/ 6 | 2.44 | 661816 |
| M | 2/16 | | | M | 1/26 | 2.16 | 423139 | M | 1/ 5 | 2.47 | 666902 |

Australia 61 2 9777 8600     Brazil 5511 3048 4500     Europe 44 20 7330 7500     Germany 49 69 920410
Hong Kong 852 2977 6000  Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2004 Bloomberg L.P.
G689-429-0 01-Mar-04 10:51:24