## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN GREENE, on behalf of herself and all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH, and RONALD F. RICHARDS, ) ) ) ) ) Defendants. ) | Civil Action No. 1:03-CV-12628 (NG) |
| JOHN G. ESPOSITO, JR., on behalf of himself and all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH, and RONALD F. RICHARDS, ) ) ) ) ) Defendants. ) | Civil Action No. 1:04-CV-10013 (NG) |

[Captions continued on next page]

### DECLARATION OF DAVID PASTOR IN SUPPORT OF MOTION OF THE BIOPURE LEAD PLAINTIFF GROUP TO CONSOLIDATE ACTIONS, TO BE APPOINTED LEAD PLAINTIFFS AND FOR APPROVAL OF LEAD PLAINTIFFS' SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL

| | |
|---|---|
| JOSEPH L. KING, on behalf of himself and all others similarly situated, )<br><br>)<br><br>)<br>Plaintiff, )<br><br>)<br>v. )<br><br>)<br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH, and RONALD F. RICHARDS, )<br><br>)<br><br>)<br><br>)<br>Defendants. ) | Civil Action No.  1:04-CV-10038 (NG) |

| | |
|---|---|
| MICHAEL E. CRIDEN, individually and on behalf of all others similarly situated, )<br><br>)<br><br>)<br>Plaintiff, )<br><br>)<br>v. )<br><br>)<br>BIOPURE CORPORATION, THOMAS A. MOORE, and CARL W. RAUSCH, )<br><br>)<br><br>)<br>Defendants. ) | Civil Action No.  1:04-CV-10046 (NG) |

| | |
|---|---|
| ISRAEL SHURKIN and SHARON SHURKIN, individually and on behalf of all others similarly situated, )<br><br>)<br><br>)<br><br>)<br>Plaintiff, )<br><br>)<br>v. )<br><br>)<br>BIOPURE CORPORATION, THOMAS A. MOORE, and CARL W. RAUSCH, )<br><br>)<br><br>)<br>Defendants. ) | Civil Action No.  1:04-CV-10055 (NG) |

[Captions continued on next page]

| | |
|---|---|
| JAMES J. NIZZO, VIRGINIA C. NIZZO, and CARLO CILIBERTI, on behalf of themselves and all others similarly situated, ) ) ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:04-CV-10065 (NG) |
| ) | |
| BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH, and RONALD F. RICHARDS, ) ) ) | |
| ) | |
| Defendants. ) | |
| BARRY BROOKS, on behalf of himself and all others similarly situated, ) ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:04-CV-10077 (NG) |
| ) | |
| BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH, and RONALD F. RICHARDS, ) ) ) | |
| ) | |
| Defendants. ) | |
| ANASTASIOS PERLEGIS, individually and on behalf of all others similarly situated, ) ) ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:04-CV-10078 (NG) |
| v. ) | |
| ) | |
| BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH, and RONALD F. RICHARDS, ) ) ) | |
| ) | |
| Defendants. ) | |

[Captions continued on next page]

| | |
|---|---|
| MARTIN WEBER, on behalf of himself and all others similarly situated, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.  1:04-CV-10090 (NG) |
| | ) |
| BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH, and RONALD F. RICHARDS, | ) |
| | ) |
| Defendants. | ) |

| | |
|---|---|
| BRUCE HAIMS, individually and on behalf of all others similarly situated, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.  1:04-CV-10144 (NG) |
| | ) |
| BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH, and RONALD F. RICHARDS, | ) |
| | ) |
| Defendants. | ) |

| | |
|---|---|
| MODEL PARTNERS LIMITED, individually and on behalf of all others similarly situated, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.  1:04-CV-10155 (NG) |
| v. | ) |
| | ) |
| BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH, and RONALD F. RICHARDS, | ) |
| | ) |
| Defendants. | ) |

[Captions continued on next page]

JUNE E. PATENAUDE, individually and )
on behalf of all others similarly situated, )
)
Plaintiff, )
)
v. ) Civil Action No. 1:04-CV-10179 (NG)
)
BIOPURE CORPORATION, THOMAS )
A. MOORE, CARL W. RAUSCH, and )
RONALD F. RICHARDS, )
)
Defendants. )

NANCY L. PINKNEY and GERTRUDE )
PINCKNEY, individually and on behalf of )
all others similarly situated, )
)
Plaintiff, )
) Civil Action No. 1:04-CV-10189 (NG)
v. )
)
BIOPURE CORPORATION, THOMAS )
A. MOORE, and CARL W. RAUSCH, )
)
Defendants. )

W. KENNETH JOHNSON, on behalf of )
himself and all others similarly situated, )
)
Plaintiff, )
)
v. ) Civil Action No. 1:04-CV-10190 (NG)
)
BIOPURE CORPORATION, THOMAS )
A. MOORE, CARL W. RAUSCH, and )
RONALD F. RICHARDS, )
)
Defendants. )

[Captions continued on next page]

GREGORY KRUSZKA, on behalf of        )
himself and all others similarly situated,    )
                                     )
                    Plaintiff,       )
                                     )
            v.                       )        Civil Action No. 1:04-CV-10202 (NG)
                                     )
BIOPURE CORPORATION, THOMAS          )
A. MOORE, CARL W. RAUSCH, and        )
RONALD F. RICHARDS,                  )
                                     )
                    Defendants.      )

David Pastor, declares under penalty of perjury this 1st day of March, 2004:

1.      I am an attorney at and a member of the law firm of Gilman and Pastor, LLP. I

submit this declaration in support of the motion of Neil & Susan Fineman, Michael Navilio,

Robert Powell and Edward P. Collins (collectively, the "Biopure Lead Plaintiff Group") to

consolidate actions, for the appointment of lead plaintiffs and for approval of lead plaintiffs'

selection of lead counsel and liaison counsel.

2.      Attached hereto as Exhibit A are true and correct copies of the signed

certifications of class members the Biopure Lead Plaintiff Group pursuant to the requirements of

the Private Securities Litigation Reform Act of 1995. 15 U.S.C. § 78u-4(a)(2).

3.      Attached hereto as Exhibit B is a true and correct copy of the notice to class

members concerning the first-filed of the above-captioned actions that was published on

December 30, 2003 on *PR Newswire*, advising the public of the pendency of a class action filed

on behalf of shareholders of Biopure Corporation ("Biopure").

4.      Attached hereto as Exhibit C is a true and correct copy of a chart of the Biopure

Lead Plaintiff Group's transactions in Biopure securities and approximate losses.

5.      Attached hereto as Exhibit D is a of the Joint Declaration In Support of the

Biopure Lead Plaintiff Group's Motion To Consolidate Actions, To Be Appointed Lead Plaintiffs

and For Approval of Lead Plaintiffs' Selection of Lead Counsel and Liaison Counsel.

6.      Attached hereto as Exhibit E is a true and correct copy of the firm biography for

Schiffrin & Barroway, LLP, one of the law firm seeking the Court's approval as lead counsel.

7.      Attached hereto as Exhibit F is a true and correct copy of the firm biography for

Cauley Geller Bowman & Rudman, LLP, one of the law firms seeking the Court's approval as

lead counsel.

8.      Attached hereto as Exhibit G is a true and correct copy of the firm biography for

Gilman and Pastor, LLP, the law firm seeking the Court's approval as liaison counsel.

I hereby declare under penalty of perjury that the foregoing is true and correct.

_____
DAVID PASTOR