AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

BARRY BROOKS, On Behalf of Himself
and All Others Similarly Situated,
               Plaintiff
        V.
BIOPURE CORPORATION, THOMAS A. MOORE,
CARL W. RAUSCH and RONALD F. RICHARDS
             Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-10077 NG

TO: (Name and address of Defendant)

Person Designated to Accept Service
Biopure Corporation
11 Hurley Street
Cambridge, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter A. Lagorio
Gilman and Pastor LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS

CLERK

DATE 1-13-04

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

February 11, 2004

I hereby certify and return that on 2/4/2004 at 9:35AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to CHRISTINE RICCARDI, agent, person in charge at the time of service for BIOPURE CORPORATION, at 11 HURLEY Street, Cambridge, MA. Attest ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($1.28) Total Charges $37.28

_____
Deputy Sheriff

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date               Signature of Server

                         _____
                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.